UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 95-7802

———————————

GREGORY A. HARGIS, Government of the United
States, Ex. Rel.,

Petitioner - Appellant,

versus

LLOYD L. WATERS, Warden, Maryland Correctional
Institution-H; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting by
designation.  (CA-95-100-MJG)

———————————

Submitted:  March 12, 1996          Decided:  April 19, 1996

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed as modified by unpublished per curiam opinion.

———————————

Gregory A. Hargis, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Tarra R. DeShields-Minnis, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion, and affirm on alternate reasoning the order of the district court. While the Appellant's claims are not procedurally barred, they are without merit because Appellant has not shown he was prejudiced by counsel's alleged errors at trial. Strickland v. Washington, 466 U.S. 668 (1984). Accordingly, we grant a certificate of probable cause, deny the Appellant's motion for summary disposition, and affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED